■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRAVIS ADAMS, Appellant. [932 NYS2d 758]—

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Skelos, Dickerson, Lott and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ALGARIN, Appellant. [932 NYS2d 358]—

Inasmuch as the defendant had not yet completed serving his originally imposed sentences of imprisonment when he was resentenced, his resentencing to a term including the statutorily required periods of postrelease supervision did not violate the double jeopardy and due process clauses of the United States Constitution (*see People v Lingle,* 16 NY3d 621, 630-632 [2011]; *People v Harris,* 86 AD3d 543, 543-544 [2011], *lv denied* 17 NY3d 859 [2011]; *People v Burgos,* 84 AD3d 975 [2011]). Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.